# United States District Court
## Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**    CR- 07- 70387 -PVT

**DATE FILED**    6 -29- 07

**DOCUMENT NUMBER**    1

Reporter's Transcript    _____

Trial Exhibits    _____

Lodged Documents    _____

Sealed Documents    _____

CJA Financial Documents

Other    Notice of Proceedings on Out-of-District CR Charges Pursuant to Rules 5(c)(2) & (3) of the FRCP.

**LOCATION**

Expando File
(Located next to case file)

Overflow Shelf    _____

Sealed Room    _____

Financial File (Vault)    _____

Volume 1 (Top)    _____

Other    _____

✳ file is too large