| MAGISTRATE JUDGE **MINUTE ORDER** | | DEPUTY CLERK Corinne Lew | | REPORTER/FTR FTR: 1:32 - 1:42 | |
|---|---|---|---|---|---|
| MAGISTRATE JUDGE Patricia V. Trumbull | | DATE 7/6/07 | | NEW CASE ☐ | CASE NUMBER CR 07-70387 PVT |

### APPEARANCES

| DEFENDANT FAUSTINO GONZALES | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Geoffrey Buckles for E. Martinez | PD. ☐  RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|

| U.S. ATTORNEY C. Singh | INTERPRETER No | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ |
|---|---|---|---|

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER L. Weigel | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |
|---|---|---|---|

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR time | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☒ STATUS time  10 min. |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or time  S/R | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVALHRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH    $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |

### ADDITIONAL PROCEEDINGS

COURT PUT STATUS HEARING ON CALENDAR FOR CLARIFICATION.   DEFENDANT IS TO APPEAR IN THE SACRAMENTO FEDERAL DISTRICT COURT ON 7/12/07 AT 2:00 P.M. BEFORE MAGISTRATE BRENNAN, 8TH FLOOR, COURTROOM 25.  THE 7/11/07 HEARING IN FRESNO HAS BEEN VACATED.  THE COURT EXPANDED TRAVEL FOR DEFENDANT SO HE CAN TRAVEL TO SACRAMENTO.  DEFENSE COUNSEL TO PREPARE PROPOSED ORDER RE TRAVEL FOR JUDGE'S SIGNATURE.