1  Eugene J. Martinez
   Attorney at Law
2  146 Central Avenue
   Salinas, California 93901
3  (831) 754-1234
   CA State Bar No. 81209
4
   Attorney for defendant, Faustino Gonzalez
5



6

7                **UNITED STATES DISTRICT COURT**

8              **NORTHERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,            )  Case No.: CR07-70387PVT
                                         )
11                    Plaintiff,         )
                                         )  **ACKNOWLEDGMENT BY**
12        vs.                            )  **CUSTODIANS OF MODIFIED**
                                         )  **CONDITIONS OF PRETRIAL**
13  FAUSTINO GONZALEZ                    )  **RELEASE**
                                         )
14                    Defendant          )
                                         )
15  _____  )

16

17      We, the undersigned custodians of the defendant in the above-named matter, hereby

18  acknowledge the following modifications of the terms and conditions of the defendant's

19  pretrial release and agree to abide by and enforce the same :

20  1.  That the defendant appear for arraignment in this matter before Judge Edmund Brennan,

21      United States Magistrate of the United States District Court for the Eastern District of

22      California in Sacramento on July 12, 2007 at 2:00 p.m.

23  2.  That the previous order that the defendant appear in the Eastern District Court in Fresno on

24      July 11, 2007 at 11:00 a.m. be vacated.

25  3.  That the defendant not travel outside of the Northern District with the following expanded

        exceptions : The defendant may travel to and through the counties of Fresno, Merced,

1   Stanislaus, San Joaquin, Solano and Sacramento for the purpose of attending court in this

2   matter.

3   4.   That the defendant and one or more of his authorized custodians can travel to Sacramento

4   the night before any scheduled court hearing in this matter and may spend the night at the

5   residence of Mariela Alberto-Perez at 3309 Glenmoor Drive, Sacramento, California,

6   95827.

7   5.   All other terms and conditions remain as previously ordered.

8

9   So acknowledged and agreed :

10

11

12   Dated: July 9, 2007          Signed : _____
                                           Faustino Gonzalez, Sr.

13

14

15   Dated: July 9, 2007          Signed : _____
                                           Teresa Gonzalez

16

17

18

19

20

21

22

23

24

25

Acknowledgment of Custodians                    2

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the County of Monterey, I am over the age of 18 years and not a party to the within action; my business address Is 146 Central Avenue, Salinas, CA 93901

On the 9thday of July 2007, I served the foregoing document(s):

### ACKNOWLEDGMENT BY CUSTODIANS OF MODIFIED CONDITONS OF PRETRIAL RELEASE

**United States Federal Court**
**Northern District of California**
**150 Almaden Blvd., Suite 900**
**San Jose, Ca 95113**

The following is the procedure in which service of this document was affected:

_____        U.S. Postal Service (Placing such envelope(s) with postage thereon fully pre-paid in the designated area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S. mailbox in the City of Salinas, California after the close of the day's business).

_____        Hand Delivery

XXX        Faxed to (408) 535-5376 (Corinne Lew)

I declare under penalty of perjury that the foregoing is true and correct and that This document is executed at Salinas, California on the 9th day of July 2007.

CASE NAME/NO.:    **U.S. vs. Faustino Gonzalez**
                  **Case No. CR07-70387 PVT**

Dated: July 9, 2007        Signed: _____
                                    Denise Garcia
                                    Legal Secretary