**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

**ORIGINAL FILED**
JUL 0 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
July 5, 2007
2007 JUL 23 P 3:21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Office of the Clerk
USDC Eastern District of CA
4-200 United States Courthouse
501 "I" Street
Sacramento, CA 95814-2322

Case Name:     **USA-v- Faustino Gonzales**
Case Number:   **5-07-70387-PVT (Your Case#: 2:07-MJ-207-KLM)**
Charges:       **21:841(a)(1); 846**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull . The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    (X)    The defendant has a court appearance in your court on:

    **7/11/07 @ 11:00 AM before EDCA's Magistrate Judge**

Enclosed are the following documents:
    original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

    Sincerely yours,

    RICHARD WIEKING, Clerk

    by:   *Cita F. Escolano*
    Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk