# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

FILED
2007 JUL 23 P 3: 21
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

July 10, 2007

**Office of the Clerk**
**USDC Eastern District of CA**
**4-200 United States Courthouse**
**501 "I" Street**
**Sacramento, CA 95814-2322**

RECEIVED
JUL 1 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Case Name:        **USA-v- Faustino Gonzales**
Case Number:      **5-07-70387-PVT  (Your Case#: 2:07-MJ-207-KLM)**
Charges:          **21:841(a)(1); 846**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull . The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
                original minute order
                original Acknowledgment

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                    Sincerely yours,

                                    RICHARD WIEKING, Clerk

                                    by:    _____Cita F. Escolano_____
                                           Case Systems Administrator

Enclosures
cc: Financial Office

---

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____              **CLERK, U.S. DISTRICT COURT**

                                             By _____
                                                       Deputy Clerk